

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007

October 4, 2012

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/4/2012

    Re:    United States v. Danny Kuo,
            S1 12 Cr. 121 (RJS)

Dear Judge Sullivan:

        The sentence in the above-captioned case is currently scheduled for October 15, 2012. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the control date should be adjourned for six months.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney for the
                            Southern District of New York

            By: _____
                Antonia M. Apps
                Assistant United States Attorney
                (212) 637-2198

cc:    Roland Riopelle, Esq.

```
The government shall next update the Court as to Defendant's cooperation
and sentencing by March 15, 2013.
```

SO ORDERED
Dated: 10/4/12
_____
RICHARD J. SULLIVAN
U.S.D.J.