

**U.S. Department of Justice**

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 12, 2013

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-13
```

Re:  United States v. Danny Kuo,
     S2 12 Cr. 121 (RJS)

Dear Judge Sullivan:

The sentence in the above-captioned case was previously set for March 12, 2013. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the defendant's sentence be adjourned for three months.

Very truly yours,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  *Antonia M. Apps* (digitally signed)

Antonia M. Apps
Assistant United States Attorney
(212) 637-2198

cc:  Roland Riopelle, Esq.

---

The government shall update the Court regarding Defendant's cooperation by June 12, 2013 and, if that cooperation is complete or nearing completion, shall propose a sentencing date for Defendant.

SO ORDERED
Dated: 3/12/13

RICHARD J. SULLIVAN
U.S.D.J.