

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

July 10, 2013

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-13
```

    Re:   United States v. Danny Kuo,
           S2 12 Cr. 121 (RJS)

Dear Judge Sullivan:

      The sentence in the above-captioned case was previously set for June 12, 2013. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the defendant's sentence date be adjourned for six months.

                           Very truly yours,

                           PREET BHARARA
                         United States Attorney for the
                         Southern District of New York

               By:      /s/
                      Antonia M. Apps
                      Assistant United States Attorney
                      (212) 637-2198

cc:    Roland Riopelle, Esq.

---

```
The government shall update the Court regarding Defendant's cooperation by
December 4, 2013 -- the same date by which it must submit an update regarding
Defendant Hyung Lim's cooperation -- and, if Defendant's cooperation is
completed or nearing completion, shall propose a sentencing date.
```

SO ORDERED
Dated: 7/10/13

RICHARD J. SULLIVAN
U.S.D.J.