UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/14
```

UNITED STATES OF AMERICA

-v-

DANNY KUO,

Defendant.

No. 12-cr-121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the sentencing scheduled for July 1, 2014 at 10:00 a.m. is adjourned to July 1, 2014 at 4:00 p.m.

SO ORDERED.

Dated:   June 27, 2014
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE