

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2015

BY E-MAIL & ECF
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2015

Re: **United States v. Danny Kuo**,
    12 Cr. 121 (RJS)

Dear Judge Sullivan:

The parties in the above-referenced case respectfully submit this letter in connection with the Court's order of December 12, 2014, in this case. At that time, Your Honor adjourned sentencing of the defendant in light of the parties' request to consider the effect on Kuo's case of the Second Circuit's decision in United States v. Todd Newman and Anthony Chiasson.

On January 23, 2015, the Government filed a petition in Newman for rehearing and rehearing en banc, and today the Court of Appeals directed the appellants to file a response within 21 days. We therefore respectfully request that the Court adjourn Kuo's sentencing pending resolution by the Court of Appeals of the Government's petition.

The defendant consents to this request in all respects.

Hon. Richard J. Sullivan           -2-           January 29, 2015

>Respectfully submitted,
>
>PREET BHARARA
>United States Attorney
>
>By: /s/ Harry A. Chernoff
>    Harry A. Chernoff
>    Assistant U.S. Attorney
>    (212) 637-2481

cc: Roland G. Riopelle, Esq. (via email)

> IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned sine die.
>
> SO ORDERED
> DATE: 1/30/15
> RICHARD J. SULLIVAN
> U.S.D.J.