UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-15
```

UNITED STATES OF AMERICA

-v-

No. 12-cr-121 (RJS)
ORDER

DANNY KUO,

Defendant.

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant, dated October 23, 2015, requesting that his bail be exonerated in light of the Court's October 22, 2015 Order of *Nolle Prosequi* (Doc. No. 465). (Doc. No. 466.) Accordingly, IT IS HEREBY ORDERED THAT Defendant's bail is exonerated, and all terms and conditions of his release are vacated. The Clerk of the Court is respectfully directed to terminate the motion pending at docket entry number 466.

SO ORDERED.

Dated:    October 23, 2015
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE